## VERIFICATION

I, Special Agent Shauna Rust, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the United States Secret Service.

Executed on this 13th day of September 2024.

_____
SHAUNA RUST, Special Agent
United States Secret Service

STATE OF OKLAHOMA    )
                     ) ss
COUNTY OF OKLAHOMA   )

Be it remembered, that on this 13th day of September 2024, before me a notary public in and for said State, personally appeared Shauna Rust to me known to be the identical person described in and who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

In witness whereof, I have hereunto set my official signature and affixed my notarial seal, the day and year first above written.

WILLIAM ALVA WIND
Notary Public, State of Oklahoma
Commission # 20004947
My Commission Expires 05-06-2028

_____
NOTARY PUBLIC

Commission Number: 20004947
My Commission Expires: May 6, 2028